■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVIA MITCHELL, Appellant. [8 NYS3d 908]—

Appeal from judgment, Supreme Court, New York County (Gregory Carro, J.), rendered November 14, 2013, convicting defendant, after a jury trial, of grand larceny in the second degree, grand larceny in the third degree (seven counts), grand larceny in the fourth degree (two counts) and scheme to defraud in the first degree, and sentencing her to an aggregate term of 5 to 15 years, held in abeyance, and the matter remanded to the Supreme Court for a reconstruction hearing as to the circumstances surrounding the entry into the record of jury note nine.

The jury note in question appeared in the court file but the transcript contains no reference to it. Before this Court can consider defendant's claim that Supreme Court's failure to address the note pursuant to CPL 310.30 constituted a mode of proceeding error (see *People v O'Rama*, 78 NY2d 270 [1991]), the record should be reconstructed as completely as possible to determine the facts surrounding the submission of the note and how the note was handled by the court. Concur—Mazzarelli, J.P., Friedman, Manzanet-Daniels, Clark and Kapnick, JJ.